# IN THE SUPREME COURT OF ALABAMA



June 14, 2024

**SC-2023-0741**

Carl Michael Seibert v. Lorri Stricklen and Zoe Aldige (Appeal from Madison Circuit Court: CV-18-901928).

## CERTIFICATE OF JUDGMENT

WHEREAS, the ruling on the application for rehearing filed in this case and indicated below was entered in this cause on June 14, 2024:

**APPLICATION OVERRULED. NO OPINION.** Sellers, J. -- Parker, C.J., and Shaw, Bryan, Mendheim, Stewart, Mitchell, and Cook, JJ., concur. Wise, J., recuses herself.

WHEREAS, the appeal in the above referenced cause has been duly submitted and considered by the Supreme Court of Alabama and the judgment indicated below was entered in this cause on April 26, 2024:

**AFFIRMED IN PART; REVERSED IN PART; AND REMANDED.** Sellers, J. -- Mendheim, Stewart, Mitchell, and Cook, JJ., concur. Parker, C.J., concurs in part and concurs in the result, with opinion. Shaw and Bryan, JJ., concur in the result. Wise, J., recuses herself.

NOW, THEREFORE, pursuant to Rule 41, Ala. R. App. P., IT IS HEREBY ORDERED that this Court's judgment in this cause is certified on this date. IT IS FURTHER ORDERED that, unless otherwise ordered by this Court or agreed upon by the parties, the costs of this cause are hereby taxed as provided by Rule 35, Ala. R. App. P.

I, Megan B. Rhodebeck, certify that this is the record of the judgment of the Court, witness my hand and seal.

*Megan B. Rhodebeck*

**Clerk, Supreme Court of Alabama**